# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Chelberg v. FBOP Director**       Case Number: **19cv748-LAB (RBB)**

Hon. Larry Alan Burns     Ct. Deputy: T. Weisbeck     Reporter: C. Ott

This case is related to case 09cr365-BTM, *United States v. Chelberg*, and is therefore **TRANSFERRED** to the docket of Judge Barry Moskowitz.

Date: April 24, 2019

Hon. Larry A. Burns
Chief United States District Judge