# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHELBERG,<br><br>      Petitioner,<br><br>v.<br><br>FBOP DIRECTOR,<br><br>      Respondent. | Civ. Case No. 3:19-cv-0748-BTM<br>Crim. Case No. 3:09-cr-0365-BTM<br><br>**ORDER GRANTING REQUEST FOR COPY OF DOCKET AND DENYING REQUEST FOR OTHER COURT DOCUMENTS WITHOUT PREPAYMENT**<br><br>**[Civ. Case, ECF No. 28]** |

  Before the Court is Petitioner Travis Chelberg's *pro se* motion seeking copies of the docket for Case No. 3:19-cv-0748-BTM-RBB and the Local Rules of Practice for the United States District Court for the Southern District of California (the "Local Rules"). (Civ. Case, ECF No. 28.) Petitioner argues he is entitled to copies of such documents without (pre)payment because he is purportedly indigent. (*Id.* at 3.) Yet Petitioner does not explain why his indigency entitles him to free copies of Court documents.[1] *See Porter v. Dep't of Treasury*, 564 F.3d 176, 180 n.3 (3d Cir.

---

[1] While Petitioner cites 28 U.S.C. § 753 on the face of his instant motion, that

1

2009) ("[T]he granting of [*in forma pauperis*] status exempts litigants from filing fees only. It does not exempt litigants from the costs of copying and filing documents; service of documents other than the complaint; costs; expert witness fees; or sanctions." (internal citations omitted)). Further, he has not demonstrated that he does not have access to the Local Rules, which are available electronically at https://www.casd.uscourts.gov/rules/local-rules.aspx.

Upon the foregoing and due consideration, Petitioner's motion (Civ. Case, ECF No. 28) is **GRANTED IN PART, DENIED IN PART**. The Clerk is directed to send Petitioner a copy of the docket in Case No. 3:19-cv-748-BTM at no expense. Except as otherwise provided by law, Petitioner must prepay for any other copies he desires.

**IT IS SO ORDERED.**

Dated: September 19, 2019

_____
Honorable Barry Ted Moskowitz
United States District Judge

---

provision relates solely to transcripts of Court proceedings. *See* 28 U.S.C. § 753(f).